AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

__Calvin R. Walters__
Plaintiff

v.

__John Carrow - Jennifer Mayo__
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07-695

I, __Calvin R. Walters__ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
NOV - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   • • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Sussex Correctional Institute__

   **Inmate Identification Number (Required):** __00001265__

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. __7/25/07__ In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | ☒ No |
   | b. | Rent payments, interest or dividends | • • Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | ☒ No |
   | d. | Disability or workers compensation payments | • • Yes | ☒ No |
   | e. | Gifts or inheritances | • • Yes | ☒ No |
   | f. | Any other sources | • • Yes | ☒ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes  ☒ No

If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

· · Yes  ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

C  J  W  P  - Son  Support Order $425.00 per month
T.  A  W    - Daughter Support Order $300.00 per month

I declare under penalty of perjury that the above information is true and correct.

October 31, 2007                     *Cal W Wah*
DATE                                  SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Question 2. Are you currently employed?
No.

B. 8/25/07 was last date of employment

Employer: Mountaire of Delmarva
Hosier Street
Selbyville, Delaware 19975

No set salary or wages! Was paid weekly. I was employed as a dress haul tractor trailer driver from Florida to Maine. My pay scale was .42 cents per mile, which made every pay period different based upon miles driven that week.

Printed: 10/26/2007

### Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 6/29/2007 through 9/30/2007*

Page 1 of 2

**SBI:** 00001265         **NAME:** WALTERS, CALVIN R

| Date | Balance |
|---|---|
| 06/29/2007 | $0.00 |
| 06/30/2007 | $0.00 |
| 07/01/2007 | $0.00 |
| 07/02/2007 | $0.00 |
| 07/03/2007 | $0.00 |
| 07/04/2007 | $0.00 |
| 07/05/2007 | $0.00 |
| 07/06/2007 | $0.00 |
| 07/07/2007 | $0.00 |
| 07/08/2007 | $0.00 |
| 07/09/2007 | $0.00 |
| 07/10/2007 | $0.00 |
| 07/11/2007 | $0.00 |
| 07/12/2007 | $0.00 |
| 07/13/2007 | $0.00 |
| 07/14/2007 | $0.00 |
| 07/15/2007 | $0.00 |
| 07/16/2007 | $0.00 |
| 07/17/2007 | $0.00 |
| 07/18/2007 | $0.00 |
| 07/19/2007 | $0.00 |
| 07/20/2007 | $0.00 |
| 07/21/2007 | $0.00 |
| 07/22/2007 | $0.00 |
| 07/23/2007 | $0.00 |
| 07/24/2007 | $0.00 |
| 07/25/2007 | $0.00 |
| 07/26/2007 | $0.00 |
| 07/27/2007 | $0.00 |
| 07/28/2007 | $0.00 |
| 07/29/2007 | $0.00 |
| 07/30/2007 | $0.00 |
| 07/31/2007 | $0.00 |
| 08/01/2007 | $0.00 |
| 08/02/2007 | $0.00 |
| 08/03/2007 | $0.00 |
| 08/04/2007 | $0.00 |
| 08/05/2007 | $0.00 |
| 08/06/2007 | $0.00 |
| 08/07/2007 | $0.00 |
| 08/08/2007 | $0.00 |
| 08/09/2007 | $0.00 |
| 08/10/2007 | $0.00 |
| 08/11/2007 | $0.00 |
| 08/12/2007 | $0.00 |
| 08/13/2007 | $0.00 |
| 08/14/2007 | $0.00 |
| 08/15/2007 | $0.00 |

Printed: 10/26/2007

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/29/2007 through 9/30/2007

Page 2 of 2

SBI: 00001265          NAME:    WALTERS, CALVIN R

| Date | Balance |
|---|---|
| 08/16/2007 | $0.00 |
| 08/17/2007 | $0.00 |
| 08/18/2007 | $0.00 |
| 08/19/2007 | $0.00 |
| 08/20/2007 | $0.00 |
| 08/21/2007 | $0.00 |
| 08/22/2007 | $0.00 |
| 08/23/2007 | $0.00 |
| 08/24/2007 | $0.00 |
| 08/25/2007 | $0.00 |
| 08/26/2007 | $0.00 |
| 08/27/2007 | $0.00 |
| 08/28/2007 | $0.00 |
| 08/29/2007 | $32.63 |
| 08/30/2007 | $32.63 |
| 08/31/2007 | $32.63 |
| 09/01/2007 | $32.63 |
| 09/02/2007 | $32.63 |
| 09/03/2007 | $32.63 |
| 09/04/2007 | $32.63 |
| 09/05/2007 | $12.23 |
| 09/06/2007 | $12.23 |
| 09/07/2007 | $12.23 |
| 09/08/2007 | $12.23 |
| 09/09/2007 | $12.23 |
| 09/10/2007 | $12.23 |
| 09/11/2007 | $37.23 |
| 09/12/2007 | $37.23 |
| 09/13/2007 | $37.23 |
| 09/14/2007 | $37.23 |
| 09/15/2007 | $37.23 |
| 09/16/2007 | $37.23 |
| 09/17/2007 | $37.23 |
| 09/18/2007 | $37.23 |
| 09/19/2007 | $37.23 |
| 09/20/2007 | $37.23 |
| 09/21/2007 | $37.23 |
| 09/22/2007 | $37.23 |
| 09/23/2007 | $37.23 |
| 09/24/2007 | $37.23 |
| 09/25/2007 | $37.23 |
| 09/26/2007 | $0.00 |
| 09/27/2007 | $0.00 |
| 09/28/2007 | $0.00 |
| 09/29/2007 | $0.00 |
| 09/30/2007 | $0.00 |

Summary for 'SBI' = 00001265 (94 detail records)          **Average Daily Balance:    $9.15**

# Prior Month -- Individual Statement

Date Printed: 10/26/2007                                                          Page 1 of 1

## For Month of June 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | PRE-TRIAL UNIT 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 6/29/2007 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 10/26/2007                                                                 Page 1 of 1

## For Month of July 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | PRE-TRIAL UNIT 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 7/12/2007 | $0.00 | ($3.37) | $0.00 | $0.00 | $0.00 |
| Medical | | 7/17/2007 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 10/26/2007                                                                 Page 1 of 1

## For Month of August 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | PRE-TRIAL UNIT 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Postage-Com | | 8/1/2007 | $0.00 | $0.00 | ($2.19) | $0.00 | $0.00 |
| Copies | | 8/9/2007 | $0.00 | $0.00 | ($10.00) | $0.00 | $0.00 |
| Mail CK | CLARA WALTERS | 8/14/2007 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| Mail CK | CLARA WALTERS | 8/29/2007 | $25.00 | $0.00 | $0.00 | $0.00 | $25.00 |
| Medical | | 8/29/2007 | ($4.00) | $0.00 | $0.00 | $0.00 | $21.00 |
| Medical | | 8/29/2007 | ($3.37) | $0.00 | $0.00 | $0.00 | $17.63 |
| Mail MO | TANYA WALTERS | 8/29/2007 | $15.00 | $0.00 | $0.00 | $0.00 | $32.63 |
| | | | | | | Ending Mth Balance: | $32.63 |

# Prior Month -- Individual Statement

Date Printed: 10/26/2007

Page 1 of 1

## For Month of September 2007

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $32.63 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | PRE-TRIAL UNIT 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 9/5/2007 | ($20.40) | $0.00 | $0.00 | $0.00 | $12.23 |
| Mail MO | TANYA WALTERS | 9/11/2007 | $25.00 | $0.00 | $0.00 | $0.00 | $37.23 |
| Copies | | 9/17/2007 | $0.00 | $0.00 | ($21.25) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.22) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($0.12) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.22) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.22) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.05) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.05) | $0.00 | $37.23 |
| Postage | | 9/17/2007 | $0.00 | $0.00 | ($1.05) | $0.00 | $37.23 |
| Postage-Com | | 9/26/2007 | ($2.19) | $0.00 | $0.00 | $0.00 | $35.04 |
| Copies | | 9/26/2007 | ($10.00) | $0.00 | $0.00 | $0.00 | $25.04 |
| Copies | | 9/26/2007 | ($21.25) | $0.00 | $0.00 | $0.00 | $3.79 |
| Postage | | 9/26/2007 | ($0.01) | $0.00 | ($1.04) | $0.00 | $3.78 |
| Postage | | 9/26/2007 | ($1.22) | $0.00 | $0.00 | $0.00 | $2.56 |
| Postage | | 9/26/2007 | ($0.12) | $0.00 | $0.00 | $0.00 | $2.44 |
| Postage | | 9/26/2007 | ($1.22) | $0.00 | $0.00 | $0.00 | $1.22 |
| Postage | | 9/26/2007 | ($1.22) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

## INMATE ACCOUNT STATEMENT

TO:  Inmate Name: WALTERS          CALVIN          R
              (Last)              (First)         (M.I.)
     SBI Number: 001265
     Housing Unit: 1

FR:  Inmate Account Technician

DA:

RE:  Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of 06/29, 07 through 09/30, 07.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ 9.15.

Attachment

*Phyllis Redden*
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

## REQUEST FORM
## FOR
## INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: Walters  Calvin  R     SBI Number: 001265
               (Last)      (First)    (M.I.)

Housing Unit: PT NU-1

..............................................................

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_____      _____
Inmate Signature                                 Notary    SHARON A. BUSS
                                                                    Notary Public, State of Delaware
                                                                    My Commission Expires May 21, 2009

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

RECEIVED
SCI Business Office

Date received by business office: _____OCT 2 2 2007_____