(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) Alvin R. Walters    00001265
    (Name of Plaintiff)    (Inmate Number)

P.O. Box 500 Georgetown, DE, 19947
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) John Carrow
(2) Jennifer Mayo
(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07 - 695
:
: (Case Number)
: (to be assigned by U.S. District Court)
:
:
: **CIVIL COMPLAINT**
:
:
: • • Jury Trial Requested
:
: FILED
: NOV - 2 2007
: U.S. DISTRICT COURT
: DISTRICT OF DELAWARE

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☒ Yes  ･･ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒ Yes  ･･ No

C. If your answer to "B" is Yes:

1. What steps did you take? ADVISED COUNSELOR, WROTE FAMILY COURT THAT CAPIAS HAD NOT BEEN LIFTED W/COPY OF MY OFFENDER STATUS SHEET!

2. What was the result? COUNSELOR STATED I WAS STILL WANTED TO APPEAR BASED ON INFORMATION RECEIVED FROM FAMILY COURT. NO REPLY FROM FAMILY COURT

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: JOHN CARROW
Employed as COMMISIONER at FAMILY COURT - NEW CASTLE COUNTY
Mailing address with zip code: 500 NORTH KING STREET WILMINGTON, DE. 19801

(2) Name of second defendant: JENNIFER MAYO
Employed as COMMISIONER at FAMILY COURT - NEW CASTLE COUNTY
Mailing address with zip code: 500 NORTH KING STREET WILMINGTON, DE. 19801

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

**IV. STATEMENT OF CLAIM**

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. As of 10-15-07 I was being detained at SCI in Georgetown DE. On a capias out of Family Court New Castle County to appear for a hearing that I had previously appeared for on July 16, 2007. Mr. Carrow was presiding over the second hearing. Contempt Support Rule to Show Cause

2. On July 16, 2007 I appeared before Ms. Mayo at Family Court New Castle County for Contempt Support Rule to Show Cause. On this date I was sentenced to Work Release for a $1,000.00 purge, however the capias was not lifted.

3. 

**V. RELIEF**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I request monetary compensation for the time I was incarcerated and not on the list to be transferred to Work Release when I was free to do so! I also ask the Court to release me from Family Courts' order to Work Release + Restoration of my drivers + Business License!

3

2. _____

_____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31ST__ day of __OCTOBER__, 2_007_.

__Carlo Wato__
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M: Calvin Walters    BLDG. PI-1
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500    #00001265
GEORGETOWN, DELAWARE 19947

X-RAY
SMC

$2.16

1457  U.S. POSTAGE  PB2230370
7908  $02.16  NOV 01 07
3196  FROM ZIP CODE  19947

Clerk-U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, Delaware
19801