IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALVIN R. WALTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-695-GMS |
| | ) |
| JOHN CARROW, | ) |
| JENNIFER MAYO, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Calvin R. Walters, SBI #1265, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *November 15*, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *December 3*, 2007.

*[Signature]*
Signature of Plaintiff

FILED
DEC - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned





USA FIRST-CLASS FOREVER

WILMINGTON DE 198
PM 2007

CALVIN R. WALTERS
C/O SWRC
23207 DUPONT BOULEVARD
GEORGETOWN, DELAWARE 19947

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DELAWARE 19801-3570

19801357O C012