CA 07-695 GMS

January 9, 2008

To Whom It May Concern

I am at Sussex County Work Release Center in Georgetown as of November 10, 2007. Why they did not send payment to you I do not know. Please apply the endorsed check from SCI as payment for filing fee of my complaint against Family Court.

Also enclosed is a copy of my last Individual Statement which states that I was discharged, when in fact it should state that I was transferred to Work Release Building on the same premises. The address is different which is listed below. Please forward all correspondence to this new address.

Calvin R. Walters
c/o SWRC
23207 DuPont Blvd.
Georgetown, De. 19947



## Current Month -- Individual Statement

Date Printed: 12/7/2007                                    Page 1 of 1

### For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | DISCHARGED | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 12/6/2007 | $8.67 | $0.00 | $0.00 | $0.00 | $8.67 |
| Transfer Out | SVOP | 12/7/2007 | ($8.67) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

Check #50169



SUSSEX CORRECTIONAL INSTITUTION
INMATE ACCOUNT
P.O. BOX 500
GEORGETOWN, DE 19947

50169

PAY TO THE ORDER OF: Calvin Walters -001265       DATE: Dec 7, 2007       $ 8.67

WILMINGTON TRUST, Wilmington, Delaware

FOR: Transfer SVOP       Calvin Walters 07CV695-P1

VOID AFTER 90 DAYS

