OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

TO: Calvin R. Walters
SBI #001265
SWRC
23207 DuPont Blvd.
Georgetown, DE 19947

**RE: Return of Check #50169, Issued by SCI on 12/7/2007**

Check No. 50169, issued by SCI in **your name**, is returned to you without action. We cannot accept a Third Party check for payment of your filing fees. Payments made by you or on your behalf by a business office, must be made payable to CLERK, U.S. DISTRICT COURT, and should be submitted in accordance with the Court's order dated 11/15/2007. Copies of the order and authorization form in subject case are provided herewith.

Please contact this office if you have any questions.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

Attachments:
as noted

cc: The Honorable Gregory M. Sleet, CA 07-695 GMS
Financial Administrator

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALVIN R. WALTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-695-GMS |
| | ) |
| JOHN CARROW, | ) |
| JENNIFER MAYO, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

1. The plaintiff Calvin R. Walters, SBI #1265, a pro se litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. Consistent with 28 U.S.C. § 1915(a)(1) and (2), the plaintiff has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. Based on the plaintiff's submissions, his request to proceed in forma pauperis is granted.

3. Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiff shall be assessed the filing fee of $350.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly

deposit or average monthly balance in the trust fund account.

4. In evaluating the plaintiff's account information, the Court has determined that the plaintiff has an average account balance of $9.52 for the six months preceding the filing of the complaint. The plaintiff's average monthly deposit is $21.67 for the six months preceding the filing of the complaint. Accordingly, the plaintiff is required to pay an initial partial filing fee of $4.33, this amount being 20 percent (20%) of $21.67, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint. **Therefore, the plaintiff shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the $4.33 initial partial filing fee and subsequent payments to the Clerk of the Court. FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5. Upon receipt of this order and the authorization form, the Warden or other appropriate official at Sussex Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $4.33 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Sussex Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the plaintiff's trust account and forward that amount to the Clerk of the Court.

6. Pursuant to 28 U.S.C. § 1915(g), if the plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: November 15, 2007

United States District Judge

3

FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CALVIN R. WALTERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-695-GMS ) |
| JOHN CARROW, JENNIFER MAYO, | ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Calvin R. Walters, SBI #1265, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $4.33 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated November 15, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: December 3, 2007.

FILED
DEC - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

_____
Signature of Plaintiff

CA 07-695 GMS

JANUARY 9, 2008

To Whom It May Concern

I am at Sussex County Work Release Center in Georgetown as of November 10, 2007. Why they did not send payment to you I do not know. Please apply the endorsed check from SCI as payment for filing fee of my complaint against Family Court.

Also enclosed is a copy of my last Individual Statement which states that I was discharged, when in fact it should state that I was transferred to Work Release Building on the same premises. The address is different which is listed below. Please forward all correspondence to this new address.

Calvin R. Walters
c/o SWRC
23207 DuPont Blvd.
Georgetown, De. 19947



## Current Month -- Individual Statement

Date Printed: 12/7/2007                                                                 Page 1 of 1

### For Month of December 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00001265 | WALTERS | CALVIN | R | | | |
| Current Location: | DISCHARGED | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 12/6/2007 | $8.67 | $0.00 | $0.00 | $0.00 | $8.67 |
| Transfer Out | SVOP | 12/7/2007 | ($8.67) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00



Check #50169

SUSSEX CORRECTIONAL INSTITUTION
INMATE ACCOUNT
P.O. BOX 500
GEORGETOWN, DE 19947

50169

PAY TO THE ORDER OF: Calvin Walters -001265         DATE: Dec 7, 2007         $8.67

WILMINGTON TRUST, Wilmington, Delaware

FOR: Transfer SVOP    Calvin Walters 07CV695-P1

VOID AFTER 90 DAYS



Calvin R. Walters
23207 DuPont Blvd.
Georgetown, De. 19947

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801